UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DANNY O'NEAL JELKS, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) No. 3:07-0550 |
| | ) JUDGE ECHOLS |
| R. JAMES NICHOLSON, in his | ) |
| capacity as Secretary Dept. | ) |
| of Veterans Affairs, et al., | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Pending before the Court are the Report and Recommendation ("R&R") entered by the United States Magistrate Judge on July 16, 2008 (Docket Entry No. 29) and Defendant's Motion To Dismiss Or, In The Alternative, For Summary Judgment (Docket Entry No. 21), to which Plaintiff Danny O'Neal Jelks, acting *pro se*, did not file a response.

Plaintiff brought this suit alleging multiple claims following his discharge from probationary employment with the Veterans' Affairs Tennessee Valley Healthcare System. The Magistrate Judge, in a thorough 18-page R&R, recommends that the case should be dismissed with prejudice. Plaintiff did not file any objections.

In reviewing an R&R, the Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b). Having carefully reviewed the entire record in this case, the Court

1

finds that no error of fact or law appears in the R&R. Accordingly,

(1) The R&R of the Magistrate Judge (Docket Entry No. 29) is hereby ACCEPTED.

(2) Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment (Docket Entry No. 21) is hereby GRANTED.

(3) This case is hereby DISMISSED WITH PREJUDICE.

(4) Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE